UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY JAMES RUTT and YIORGOS
GEORGIOS BELLAPAISIOTIS,

                       Plaintiffs,          24-CV-8570 (VSB) (RWL)

         - against -

                                              **ORDER**

ROTANA MEDIA SERVICES HOLDING,
ROTANA MEDIA GROUP, and ROTANA TV
COMPANY, LTD.,

                       Defendants.
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the initial case management conference held via Microsoft Teams on June 24, 2025, discovery is stayed pending resolution of the pending motion to dismiss and the parties' planned mediation. However, the stay is without prejudice to Plaintiffs' seeking to lift the stay in the event that, before the motion to dismiss is resolved, the mediation proceeds but is unsuccessful or the parties agree that the mediation should not go forward. For purposes of mediation, the parties are strongly encouraged to cooperate and share information in advance to the extent a party believes that specific information is essential to a productive mediation.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1