UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY JAMES RUTT and YIORGOS          :
GEORGIOS BELLAPAISIOTIS,                :
                                        :
                        Plaintiffs,     :          24-CV-8570 (VSB) (RWL)
                                        :
            - against -                 :
                                        :                  **ORDER**
                                        :
ROTANA MEDIA SERVICES HOLDING,          :
ROTANA MEDIA GROUP, and ROTANA TV       :
COMPANY, LTD.,                          :
                                        :
                        Defendants.     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Counsel for Plaintiffs have moved to withdraw based on "irreconcilable differences." (Dkt. 51.)  By **January 6, 2026**, Plaintiff counsel shall submit for in camera review an attorney declaration explaining the basis for counsel's claim of irreconcilable differences.  Any opposition or other response to the motion to withdraw shall be filed by **January 15, 2026**.  Plaintiff counsel shall serve a copy of this Order and the attorney declaration on the Plaintiffs by **January 6, 2026**, and shall file proof of service of same by **January 8, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1