UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANTHONY JAMES RUTT and YIORGOS : 
GEORGIOS BELLAPAISIOTIS, :
: 
                          Plaintiffs,   :            24-CV-8570 (VSB) (RWL)
:
      - against -    :
:                          **ORDER**
ROTANA MEDIA SERVICES HOLDING, :
ROTANA MEDIA GROUP, and ROTANA TV :
COMPANY, LTD., :
:
                          Defendants.   :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 30, 2025, the Court received a letter from the Plaintiffs (not via counsel) seeking clarification with respect to their current status and obligations.  The letter is being filed on ECF.  To answer Plaintiffs' inquiry:  (1) unless and until the Court grants counsel's motion to withdraw, counsel still represents Plaintiffs in this case; (2) as previously ordered, any response to counsel's motion to withdraw shall be filed by January 15, 2025 — if Plaintiffs oppose withdrawal of their attorney, then Plaintiffs are responsible themselves for filing their opposition or providing it to counsel for filing on their behalf; (3) if counsel's motion to withdraw is granted, the case will be stayed for 30 days to give Plaintiffs an opportunity to retain new counsel if they wish to do so; if Plaintiffs do not retain new counsel, they will proceed pro se; (4) Plaintiffs need not file a status report on their own; it is counsel's responsibility to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: January 6, 2026
       New York, New York

Copies transmitted this date to all counsel of record.