UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY JAMES RUTT and YIORGOS          :
GEORGIOS BELLAPAISIOTIS,                :
                                        :
                        Plaintiffs,     :          24-CV-8570 (VSB) (RWL)
                                        :
        - against -                     :
                                        :          **ORDER**
                                        :
ROTANA MEDIA SERVICES HOLDING,          :
ROTANA MEDIA GROUP, and ROTANA TV       :
COMPANY, LTD.,                          :
                                        :
                        Defendants.     :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' request for a conference to address the case file materials provided to Plaintiffs by their former counsel.  (Dkt. 64.)  Former counsel is not required to turnover the materials that Plaintiff has identified – drafts, internal notes, and metadata of email correspondence (as distinct from discovery material) are attorney work product.  As for correspondence between Plaintiffs and their former counsel, counsel is correct that Plaintiffs should already have all such material; however, the Court's order on January 22, 2026 (Dkt. 62) did require counsel to "furnish Plaintiffs with copies of correspondence with the client, defense counsel, and/or third parties."  The Court will schedule a conference as requested, the date for which will be set by the Court by separate order.  Plaintiffs' former counsel shall appear for the hearing.  Defense counsel shall appear as well.   Even so, there is no impediment to new counsel being retained and entering their appearance.  The Court also does not see any reason why mediation should not proceed.  By **February 20, 2026**, Plaintiffs AND defense counsel shall each email to Plaintiffs' former counsel – Jason Brown, Patrick Almonrode, and Zijian Guan of

1

Brown, LLC – a copy of this order AND any forthcoming scheduling order for the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  February 18, 2026
          New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.

Anthony James Rutt
616 Montgomery St., Apt. 2
Jersey City, NJ 07302

Yiorgos Georgios Bellapaisiotis
616 Montgomery St., Apt. 2
Jersey City, NJ 07302