UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY JAMES RUTT and YIORGOS          :
GEORGIOS BELLAPAISIOTIS,                :
                                        :
                    Plaintiffs,         :        24-CV-8570 (VSB) (RWL)
                                        :
          - against -                   :
                                        :        **ORDER**
                                        :
ROTANA MEDIA SERVICES HOLDING,          :
ROTANA MEDIA GROUP, and ROTANA TV       :
COMPANY, LTD.,                          :
                                        :
                    Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed and ordered at the case management conference held via Microsoft Teams on March 4, 2026:

1.      By **April 3, 2026**, and to the extent they have not already done so, the Brown firm shall provide to Plaintiffs all former correspondence (including email) between the Brown firm and Plaintiffs, or between the Brown firm and third-parties (including mediator), in connection with the instant dispute.

2.      So that Plaintiffs may have further opportunity to retain counsel, the case is **stayed** through **April 20, 2026**.  If an attorney for Plaintiffs has not filed an appearance by the end of business on April 20, 2026, Plaintiffs will be deemed to be proceeding pro se.

3.      By **March 10, 2026**, Plaintiffs may file a reply letter in response to Defendants' letter filed March 3, 2026, at Dkt. 70.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2026
      New York, New York

Copies transmitted this date to all counsel of record.