UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ANTHONY JAMES RUTT and YIORGOS
GEORGIOS BELLAPAISIOTIS,

                Plaintiffs,      :     24-CV-8570 (VSB) (RWL)

     - against -

                                  **ORDER**

ROTANA MEDIA SERVICES HOLDING,
ROTANA MEDIA GROUP, and ROTANA TV
COMPANY, LTD.,

                Defendants.   :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed Plaintiffs' update filed at Dkt. 79.   Nothing in the update demonstrates that Plaintiffs' previous counsel have not fully complied with the Court's order directing them to provide Plaintiffs with existing records of all communications between counsel and Plaintiffs or third parties.  As Plaintiffs acknowledge, "We remain fully mindful that communications may have been oral and that the absence of documents does not imply any impropriety."  (Dkt. 79 at 3.)  Accordingly, the Court will not require anything further in that regard.

With respect to a referral to mediation, by **April 16, 2026**, Defendants shall file a letter informing the Court whether they are amenable to having the matter referred to the District's mediation program, which does not require the parties to pay any fee.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2026
New York, New York

Copies transmitted this date to all counsel of record.